| 1. To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Subpoena Compliance<br>Google Legal Investigations Support<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>**to Appear and/or Produce Records**<br>19 U.S.C. § 1509 |
|---|---|

| Summons Number  ICE-HSI-MG-2022-00074 |
|---|

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date and time indicated to testify and give information.

(B) ☒ **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent before whom you are required to appear | (B) Date |
|---|---|
| Name  Jenna M. Harbin<br>Title  Special Agent<br>Address  Homeland Security Investigations<br>#7 Third St, SE<br>Suite 201<br>Minot, ND 58701<br>Telephone Number  701-760-0030   Fax: (Not Available) | June 8, 2022<br><br>(C) Time<br><br>9:00 AM |

| 3. Records required to be produced for inspection<br><br>Please see attached continuation page. |
|---|

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

| 4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent<br><br>Jenna M. Harbin | 5. Date of issue  May 25, 2022<br><br>By ___*J. Holt*___<br>(Signature) |
|---|---|
| If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2. | 6. Name, title, address and telephone number of person issuing this summons<br><br>Name  Jamie Holt<br>Title  (A) Special Agent in Charge<br>Address  Homeland Security Investigations<br>B.H. Whipple Federal Building<br>1 Federal Drive, Suite 1340<br>Fort Snelling, MN 55111<br>Telephone  612-843-8800 |

DHS Form 3115 (6/09)

**CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT**

| A. CERTIFICATE OF SERVICE OF SUMMONS | | |
|---|---|---|
| I certify that I served the summons on the front of this form as follows: | | |

| | Address or Location | Date |
|---|---|---|
| ☐ I delivered a copy of the summons to the person to whom it was directed, as follows: | | |
| | | Time  ☐ a.m.  ☐ p.m. |

| | Address or Location | Date |
|---|---|---|
| ☐ (For corporations, partnerships, and unincorporated associations which may be sued under a common name) I delivered a copy of the summons to an officer, managing or general agent, or agent authorized to accept service of process as follows: | | |
| | | Time  ☐ a.m.  ☐ p.m. |
| | Name of person to whom the summons was delivered | |

| Signature | |
|---|---|
| Title | Date |

| B. ACKNOWLEDGMENT OF RECEIPT |
|---|
| I acknowledge receipt of a copy of the summons on the front of this form. |
| Signature |

| Title | Date | Time  ☐ a.m.  ☐ p.m. |
|---|---|---|

DHS Form 3115 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Subpoena Compliance<br>Google Legal Investigations Support<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>**to Appear and/or Produce Records**<br>19 U.S.C. § 1509 |
| --- | --- |

Summons Number  ICE-HSI-MG-2022-00074

3. Records required to be produced for inspection (continued)

The following applies if checked:

 **Child Exploitation:**  This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

For the Google account of herownick@gmail.com from the period of January 01, 2022 to the present time period:

Basic subscriber information to include: names, addresses, phone numbers, account holder birth date, associated email addresses, and any other identifying information for the account holder(s); date of account activation and activation IP address(es) for the account; IP addresses utilized by the account including dates and times IP addresses were utilized and associated port codes; any and all recovery SMS phone numbers connected, utilized, or associated to the above mentioned account during this time period.

**Method of Response:**

**Preferred:**

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Criminal Analyst Daniel G. Peterson at Daniel.G.Peterson@ice.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

**Alternates:**

The records should be delivered to Criminal Analyst Daniel G. Peterson at U.S. Immigration and Customs Enforcement, Homeland Security Investigations, HSI RAC Minot, 7 3rd Street SE Suite 201, Minot, ND 58703.

If you have questions, please contact Special Agent Jenna M. Harbin at 701-760-0030.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

End of Document

Box 3 (continued) – Page 1 of 1